IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**ROBIN E. BELL,**

      **Plaintiff,**

v.                                                              No. CIV-13-0433 LAM

**CAROLYN W. COLVIN, Acting Commissioner**
of the Social Security Administration,

      **Defendant.**

# FINAL ORDER

      **PURSUANT TO** the *Memorandum Opinion and Order* entered concurrently herewith, the Court enters this *Final Order* under FED. R. CIV. P. 58, **GRANTING** *Plaintiff's Motion to Reverse or Remand Administrative Agency Decision (Doc. 18)* and **REMANDING** this case to the Commissioner of the Social Security Administration for further proceedings consistent with the *Memorandum Opinion and Order*.

      **IT IS SO ORDERED.**

_____
**THE HONORABLE LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**
**Presiding by Consent**