IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**ROBIN E. BELL,**

      **Plaintiff,**

**v.**                                            **No. CIV-13-0433 LAM**

**CAROLYN W. COLVIN, Acting
Commissioner of the Social Security
Administration,**

      **Defendant.**

### ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT

**THIS MATTER** is before the Court on *Plaintiff's Application for Attorney Fees Under the Equal Access to Justice Act (Doc. 25)* in the amount of $5,128.40 for attorney fees. [*Doc. 25*].   In her response *(Doc. 26)*, the Commissioner does not object to Plaintiff's request for attorney fees or costs in these amounts.   The Court, having considered the submissions of counsel, the record in this case, and the relevant law, and being otherwise fully advised **FINDS** that Plaintiff's motion is well-taken and will be **GRANTED**.

**WHEREFORE, IT IS HEREBY ORDERED** that *Plaintiff's Application for Attorney Fees Under the Equal Access to Justice Act (Doc. 25)* is **GRANTED**, and Plaintiff Robin Bell is authorized to receive **$5,128.40** for payment to Plaintiff's attorney for services before this Court, as permitted by the Equal Access to Justice Act, 28 U.S.C. § 2412, and in accordance with *Manning v. Astrue*, 510 F.3d 1246, 1255 (10th Cir. 2007).

**IT IS FURTHER ORDERED** that, if Plaintiff's counsel is ultimately granted attorney fees pursuant to 42 U.S.C. § 406(b) of the Social Security Act, Plaintiff's attorney shall refund the

smaller award to Plaintiff pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 596 n.4 (2010) (explaining that, if a claimant's counsel is ultimately granted attorney fees under § 406(b) out of the claimant's benefit award, the claimant's attorney must refund to the claimant the amount of the smaller fee).

**IT IS SO ORDERED**.

*Lourdes A. Martínez*
_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**
**Presiding by Consent**